## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 243 MAL 2017

            Petitioner            :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

            v.                     :

BRANDON DONALD TAYLOR,          :

            Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.